UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TONI MARIE DAVIS,

                Plaintiff,                              JUDGMENT

   v.

                                                     21-CV-4853 (KAM) (LB)

MAYOR BILL DE BLASIO;
CITY OF NEW YORK,

                Defendants.
----------------------------------------------------------------X

        A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on October 4, 2021, dismissing Plaintiff's complaint without prejudice for lack of subject matter jurisdiction due to Plaintiff's lack of standing, *See* Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(B); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that Plaintiff's complaint is dismissed without prejudice for lack of subject matter jurisdiction due to Plaintiff's lack of standing, *See* Fed. R. Civ. P. 12(h)(3); 28 U.S.C. § 1915(e)(2)(B); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York                                    Douglas C. Palmer
       October 5, 2021                                        Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                Deputy Clerk